

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN P. BRITTAIN, Defendant-Appellant.

(No. 57002;

First District—October 5, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

·James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.